# EXHIBIT "B"

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Back    Location : All Courts

[Questions and Answers on Images](#)

# CASE NO. C-1977-21-E
# FILIBERTO J GARZA MORENO VS. ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AIRPORT TERMINAL SERVICES, INC.

| Other Events on This Case | Image | Page Count |
| --- | --- | --- |
| 05/24/2021 Original Petition (OCA) | POP-Garza.pdf | 7 |
| 05/25/2021 Citation Issued | Citation Cover Letter.pdf | 1 |
| | 1977 AIRPORT TERMINAL SERVICES INC..pdf | 2 |
| | 1977 ALLEGIANT AIR LLC.pdf | 2 |
| | 1977 ALLEGIANT TRAVEL COMPANY.pdf | 2 |
| 06/18/2021 Answer | Allegiant Original Answer.pdf | 4 |

| Other Images on This Case | Image | Page Count |
| --- | --- | --- |
| 06/14/2021 PDF Documents | Served - Airport Terminal Services Inc.pdf | 3 |
| 06/14/2021 PDF Documents | Served - Allegiant Travel Co.pdf | 3 |
| 06/14/2021 PDF Documents | Served - Allegiant Air LLC.pdf | 3 |