# EXHIBIT "C"

Electronically Filed
6/18/2021 12:17 PM
Hidalgo County District Clerks
Reviewed By: Krystal Hidalgo

CAUSE NO. C-1977-21-E

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO | § § § § | IN THE DISTRICT COURT OF |
| v. | § § § | HIDALGO COUNTY, TEXAS |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR, LLC, AND AIRPORT TERMINAL SERVICES, INC. | § § § | 275TH JUDICIAL DISTRICT |

## DEFENDANTS ALLEGIANT TRAVEL COMPANY AND ALLEGIANT AIR, LLC'S ORIGINAL ANSWER

Defendants, Allegiant Travel Company and Allegiant Air, LLC (collectively referred to as "Allegiant" or "Defendants") hereby file this Original Answer to the Original Petition filed by Plaintiff, Filiberto J. Garza Moreno, ("Plaintiff"), and would plead as follows:

### I.
### GENERAL DENIAL

1. Defendants generally deny each and every allegation set forth in Plaintiff's Original Petition, pursuant to Texas Rule of Civil Procedure 92 and demands strict proof of such allegations by a preponderance of the credible evidence as provided by the Texas Rules of Civil Procedure.

### II.
### AFFIRMATIVE DEFENSES AND ALLEGATIONS

2. Subject to and without waiving the foregoing General Denial, Defendants assert, pursuant to Rule 94 of the Texas Rules of Civil Procedure, the following affirmative defenses which, singly, or in combination, bar Plaintiff's right to recover, in whole or in part, the damages alleged in Plaintiff's Original Petition.

3. Defendants assert that Plaintiff's damages were caused or contributed to by the direct and proximate negligence, fault or conduct of parties or persons other than Defendants and over whom Defendants had no control and for whose acts Defendants are not liable, including, but not limited to Plaintiff. In the event that Defendants are found liable to Plaintiff, which liability is expressly denied, Defendants will be entitled to a finding of comparative and/or contributory negligence or fault and, thereafter, indemnification, contribution, or apportionment pursuant to the applicable state law.

4. Defendants plead that they are entitled to have the jury consider the percentage of fault of all claimants, responsible third parties, and settling persons as required by TEX. CIV. PRAC. & REM. CODE § 33.001 *et seq.* In accordance with this section, Defendants may not be held jointly and severally liable for any amount of damages herein, unless the percentage of responsibility of each Defendant, when compared with that of each responsible third party and each settling party, is greater than fifty (50) percent.

5. Defendants assert that if any of the Defendants named in this action or other persons have settled Plaintiff's claims against them in this suit or any other suit, claim, or proceeding where Plaintiff has asserted the same injuries, Allegiant is entitled to a credit for the amounts paid or to be paid by settling Defendants or other settling persons. Such an offset should be equal to the sum of the dollar amounts of all settlements in this suit or any others brought by Plaintiff for the same damages, pursuant to TEX. CIV. PRAC. & REM. CODE § 33.012.

6. Defendants plead that Plaintiff has failed to state a claim upon which relief can be granted.

7. Defendants assert that a superseding and/or intervening cause caused or contributed to all or a substantial portion of Plaintiff's alleged damages.

8. Defendants plead the limitations on interest on any judgment provided by TEX. FIN. CODE § 304.001 *et seq*.

9. Recovery of medical and/or healthcare expenses is limited to the amount actually paid or incurred on behalf of Plaintiff, pursuant to Texas Civil Practice and Remedies Code § 41.0105.

10. To the extent pleaded, Plaintiff's claims for punitive or exemplary damages are limited to the amounts provided by Texas Civil Practice and Remedies Code § 41.008(b).

11. Any award of punitive or exemplary damages are limited by the due process provisions of the United States and Texas Constitutions.

12. Defendants reserve the right to assert any other additional affirmative defenses as become apparent through the course of discovery or otherwise permitted by the Texas Rules of Civil Procedure.

### III.
### JURY DEMAND

13. Defendants hereby demand a trial by jury.

### IV.
### PRAYER

WHEREFORE, Defendants pray that Plaintiff take nothing by way of his claims, that the Court award costs to Defendants, and for all other relief that the Court deems just and proper and to which Defendants are entitled.

Electronically Filed
6/18/2021 12:17 PM
Hidalgo County District Clerks
Reviewed By: Krystal Hidalgo

Respectfully submitted,

*/s/ Don Swaim*
Don Swaim
State Bar No. 19545200
Joshua J. Alexander
State Bar No. 24105506
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone:   (214) 646-1495
Facsimile:   (214) 613-1163
dswaim@cunninghamswaim.com
josh@cunninghamswaim.com

**ATTORNEYS FOR DEFENDANTS
ALLEGIANT TRAVEL COMPANY and
ALLEGIANT AIR, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record in accordance with the Texas Rules of Civil Procedure on this 18th day of June 2021.

*/s/ Don Swaim*
Don Swaim

4