# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **FILIBERTO J. GARZA MORENO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| § | **Case No.** |
| **ALLEGIANT TRAVEL COMPANY,** § | |
| **ALLEGIANT AIR LLC, AND AIRPORT** § | |
| **TERMINAL SERVICES INC.** § | |
| § | |
| Defendants. § | |

## DECLARATION IN SUPPORT OF REMOVAL

I, Laura Overton, declare the following:

1. I am over the age of 18, have personal knowledge of the matters set forth herein, and am competent to testify thereto.

2. I am employed as the General Counsel and Vice President of Legal Affairs with Allegiant Travel Company, a Nevada corporation and the parent company existing under the laws of the State of Nevada with its principal place of business at 1201 North Town Center Drive, Las Vegas, Nevada 89144. I have been in this position for five years.

3. Allegiant Air, LLC is a limited liability company existing under the laws of the State of Nevada with its principal place of business at 1201 North Town Center Drive, Las Vegas, Nevada 89144.

4. Allegiant Air, LLC has one member, as follows:

   a. Allegiant Travel Company, a corporation existing under the laws of the State of Nevada with its principal place of business at 1201 North Town Center Drive, Las Vegas, Nevada 89144.

My name is Laura Overton, my date of birth is October 4, 1968 and my business address is 1201 North Town Center Drive, Las Vegas, Nevada 89144. Pursuant to Texas Civ. Prac. & Rem. Code § 132.001, I declare under penalty of perjury that the foregoing is true and correct. Executed in Clark County, Nevada on the 18th day of June, 2021.

**LAURA OVERTON**