IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO, | § |
| Plaintiff, | § |
| vs. | § |
| | § Case No. 7:21-cv-00247 |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § |
| Defendants. | § |

## DISCLOSURE OF INTERESTED PARTIES

NOW COME Defendants Allegiant Travel Company and Allegiant Air, LLC, and hereby certify that the following persons or entities have a financial interest in the outcome of this litigation:

1. Allegiant Travel Company is a Nevada corporation with its principal place of business at 1201 North Town Center Drive, Las Vegas, Nevada 89144 and is publicly traded under NASDAQ.

2. Allegiant Air, LLC is a limited liability company with its principal place of business at 1201 North Town Center Drive, Las Vegas, Nevada 89144. Allegiant Air, LLC has one member as follows: Allegiant Travel Company, a publicly traded company under NASDAQ.

3. Cunningham Swaim, LLP has its principal place of business at 4015 Main St., Suite 200 Dallas, Texas 75226.

4. Airport Terminal Services, Inc. is a Missouri corporation with its principal place of business at 940 Westport Plaza, Suite 101, St. Louis, Missouri.

5. Plaintiff Filiberto J. Garza Moreno is an individual who resides in Brownsville, Texas.

Respectfully submitted,

*/s/ Don Swaim*
Don Swaim
State Bar No. 19545200
Joshua J. Alexander
State Bar No. 24105506
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone:　(214) 646-1495
Facsimile:　(214) 613-1163
dswaim@cunninghamswaim.com
josh@cunninghamswaim.com

**ATTORNEYS FOR DEFENDANTS
ALLEGIANT TRAVEL COMPANY and
ALLEGIANT AIR, LLC**

**CERTIFICATE OF SERVICE**

　　I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record in accordance with the Texas Rules of Civil Procedure on this 21st day of June 2021.

*/s/ Don Swaim*
Don Swaim