IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **FILIBERTO J. GARZA MORENO,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:21-cv-00247 |
| **ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC.,** | § § § § § | |
| Defendants. | § § | |

## DEFENDANT AIRPORT TERMINAL SERVICES INC.'S CONSENT TO REMOVAL

Defendant Airport Terminal Services, Inc. ("Defendant") by and through the undersigned counsel hereby consents to the removal of this action from the 275th Judicial District Court of Hidalgo County, Texas, where this matter was pending under Cause No. C-1977-21-E in a matter styled *Filiberto J. Garza Moreno v. Allegiant Travel Company, Allegiant Air, LLC, and Airport Terminal Services, Inc.* (the "State Court Action"), to the United States District Court for the Southern District of Texas, McAllen Division.

Defendant intends that this Consent to Removal be filed in the United States District Court for the Southern District of Texas, McAllen Division, together with Notice of Removal papers to allow the timely removal of this case, with Defendant's express consent, from the State Court Action.

This consent to removal of this action is timely because it is being filed within 30 days of Defendant's receipt[1] of Plaintiff's Original Petition on June 2, 2021.

Signed and dated this 25th day of June, 2021.

_____
**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, Texas 75202
(214) 672-2186 (Tel)
(214) 672-2386 (Fax)

**ATTORNEYS FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC.**

---

[1] This consent is also filed within 30 days of the date Defendant was served with process pursuant to the Texas Rules of Civil Procedure, which was May 26, 2021.