UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO | § § § § | |
| VS. | § | CIVIL ACTION NO. 7-21-CV-247 |
| | § § | |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § | |

## PLAINTIFF'S CERTIFICATE LISTING ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff and hereby certifies that the following persons and entities have financial interests in the outcome of this litigation:

1. Filiberto J. Garza Moreno, Plaintiff;

2. Michael J. Cisneros and Arturo Cisneros, Counsel for Plaintiff;

3. Allegiant Travel Company, Defendant;

4. Allegiant Air LLC, Defendant;

5. Don Swaim, Counsel for Defendant Allegiant Travel Company and Allegiant Air LLC;

6. Airport Terminal Services, Inc., Defendant; and

7. David A. Johnson, Counsel for Defendant Airport Terminal Services, Inc.

WHEREFORE, Plaintiff prays that this certificate be filed with the papers of this case.

Respectfully submitted by:

  /s/    Michael J. Cisneros
Michael J. Cisneros, Attorney-in-charge
State Bar No.: 00793509
Southern District Bar No.: 19522
Arturo Cisneros, Attorney
State Bar No.: 00789224
Southern District Bar No.: 19521
The Cisneros Law Firm L.L.P.
312 Lindberg Avenue
McAllen, Texas 78501
Telephone: (956) 682-1883
Facsimile: (956) 682-0132
Email: email@cisneroslawfirm.com

CERTIFICATE OF SERVICE

I, Michael J. Cisneros, hereby certify that on this 12th day of July, 2021, a true and correct copy of Plaintiff's Certificate Listing Entities that are Financially Interested in the Outcome of this Litigation was sent to counsel for Defendant via electronic mail.

  /s/   Michael J. Cisneros
MICHAEL J. CISNEROS