UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO | § § § § |
| VS. | § CIVIL ACTION NO. 7-21-CV-247 § § |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § |

### AGREED MOTION FOR ATTORNEYS TO APPEAR AT THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE VIA ZOOM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME the parties and file this their Agreed Motion for Attorneys to Appear at the Initial Pretrial and Scheduling Conference via Zoom, and in support of the motion, state as follows:

1. An Initial Pretrial and Scheduling Conference is set for August 17, 2021, at 9:00 a.m. The parties request that the Court allow their attorneys to attend the conference by Zoom due to the current situation involving COVID-19 (Coronavirus) and the potential spread and infection of the virus. Further, the parties will save attorneys' fees and costs if their attorneys are allowed to attend the conference by Zoom.

WHEREFORE, the parties pray that the Court grant this motion and allow the attorneys of record to attend the Initial Pretrial and Scheduling Conference by Zoom.

Respectfully submitted,

/s/ _____
**Michael J. Cisneros**
Attorney-in-charge
State Bar No.: 00793509
Southern District Bar No.: 19522
**Arturo Cisneros,** Attorney
State Bar No.: 00789224
Southern District Bar No.: 19521
THE CISNEROS LAW FIRM, L.L.P.
312 Lindberg
McAllen, Texas 78501
Telephone: (956) 682-1883
Facsimile:  (956) 682-0132
Email: email@cisneroslawfirm.com
Attorneys for Plaintiff


/s/ _____
**Don Swaim**
State Bar No. 19545200
**Joshua J. Alexander**
State Bar No.: 24105506
CUNNINGHAM SWAIM, L.L.P.
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone: (214) 646-1495
Facsimile:  (214) 613-1163
Email: dswaim@cunninghamswaim.com
Email: josh@cunninghamswaim.com
Attorneys for Defendant Allegiant Travel Company and Allegiant Air, L.L.C.

2

/s/ _____
**David A. Johnson**
State Bar No.: 24032598
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, Texas 75202
Telephone: (214) 672-2000
Facsimile: (214) 672-2020
Email: djohnson@cowlesthompson.com
Attorneys for Defendant Airport Terminal Services, Inc.

## CERTIFICATE OF SERVICE

I, Michael J. Cisneros, hereby certify that on this 4th day of August, 2021, a true and correct copy of the parties' Agreed Motion for Attorneys to Appear at the Initial Pretrial and Scheduling Conference via Zoom was sent to counsel for Defendants via electronic mail.

/s/
MICHAEL J. CISNEROS