UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO | § § § § |
| VS. | § CIVIL ACTION NO. 7-21-CV-247 § § |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § |

ORDER GRANTING AGREED MOTION FOR ATTORNEYS TO APPEAR AT THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE VIA ZOOM

On this ___ day of _____, 2021, came before the Court the parties' Agreed Motion for Attorneys to Appear at the Initial Pretrial and Scheduling Conference via Zoom. After considering the motion, the Court hereby Grants the motion and Orders that the attorneys of record may attend the Initial Pretrial and Scheduling Conference, which is set for August 17, 2021, at 9:00 a.m., by Zoom.

SIGNED this _____ day of _____, 2021, in McAllen, Hidalgo County, Texas.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE