Case 7:21-cv-00247   Document 10   Filed on 08/09/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 7:21-cv-00247 |
| ALLEGIANT TRAVEL COMPANY, | § | |
| ALLEGIANT AIR LLC, and AIRPORT | § | |
| TERMINAL SERVICES INC., | § | |
| | § | |
| Defendant. | | |

### ORDER

The Court now considers the parties' "Agreed Motion for Attorneys to Appear at the Initial Pretrial and Scheduling Conference via Zoom."[1] Therein, the parties request the Court allow them to appear via Zoom in light of the "current situation involving COVID-19."[2] In light of the ongoing developments with the COVID-19 pandemic,[3] the Court finds good cause to grant this request.

Accordingly, the Court **ORDERS** that the parties' August 17th hearing will be conducted using the Zoom for Government videoconference application (www.zoomgov.com). Courtroom business attire will be required of all attorneys during the conference. Laptops with a camera feature, cell phones, and electronic tablets may be used as long as the ZoomGov application is functional on the device. The Court will communicate details regarding the methods of participation in the videoconference to the parties on the business day prior to the scheduled

---

[1] Dkt. No. 8.
[2] *Id.*
[3] *In Re: Court Operations in the McAllen Divison* [sic] *Under the Exigent Circumstances Created by the COVID-19 Pandemic*, Spec. Order No. M-2021-5 (S.D. Tex. Aug. 6, 2021).
https://www.txs.uscourts.gov/sites/txs/files/Special%20Order%20M-2021-05%20Court%20Operations%20in%20the%20McAllen%20Division%20During%20COVID-19.pdf

hearing. All parties intending to appear at the videoconference should have current contact information on file with the Clerk of the Court.

Furthermore, upon review of the docket, the Court notes that to date, the parties have not filed their joint discovery/case management plan, which was due on August 6, 2021, pursuant to the Court's June 21st order.[4] Accordingly, the Court **ORDERS** the parties to file a joint discovery/case management plan **by Wednesday, August 11, 2021**. The parties should provide cause for their failure to timely file in their joint plan. The Court further **ORDERS** Michael J. Cisneros, attorney in charge for Plaintiff; Joshua Joseph Alexander, attorney in charge for Defendants Allegiant Travel and Allegiant Air; and David Aaron Johnson, attorney in charge for Defendant Airport Terminal Services, to **SHOW CAUSE** at the August 17th initial pretrial conference for the parties' failure to comply with the Court's June 21, 2021 order.[5]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of August 2021.

_____
Micaela Alvarez
United States District Judge

---

[4] *See* Dkt. No. 2 at 1, ¶ 1.
[5] *Id.*