UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO,<br>   Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 7:21-cv-00247 |
| ALLEGIANT TRAVEL COMPANY,<br>ET AL.,<br>   Defendant. | § § § § | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES, Airport Terminal Services Inc., and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Defendant Airport Terminal Services, Inc. is a privately held Missouri corporation with its headquarters and principal place of business at 940 Westport Plaza, Suite 101, St. Louis, Missouri 63146. There is no parent corporation and no publicly held corporation that owns 10% or more of its stock.

2. Cowles & Thompson, P.C., counsel for Airport Terminal Services, Inc., is a Texas professional corporation with its principal place of business at 901 Main St., Suite 3900, Dallas, Texas 75202. There is no parent corporation or publicly held corporation that owns 10% or more of its stock.

3. Allegiant Travel Company is a Nevada corporation with its principal place of business at 1201 North Town Center Drive, Las Vegas, Nevada 89144 and is publicly traded under NASDAQ.

4.  Allegiant Air, LLC is a limited liability company with its principal place of business at 1201 North Town Center Drive, Las Vegas, Nevada 89144. Allegiant Air, LLC has one member as follows: <u>Allegiant Travel Company</u>, a publicly traded company under NASDAQ.

5.  Cunningham Swaim, LLP, counsel for <u>Allegiant Travel Company</u> and Allegiant Air, LLC, has its principal place of business at 4015 Main St., Suite 200 Dallas, Texas 75226.

6.  Plaintiff Filiberto J. Garza Moreno is an individual who resides in Brownsville, Texas.

7.  The Cisneros Law Firm L.L.P., counsel for Plaintiff, has its principal place of business at 312 Lindberg Avenue, McAllen, Texas 78501.

    Respectfully submitted,

By: _____
**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
(214) 672-2186
(214) 672-2386 (Fax)

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2100 (Fax)

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 12th, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served upon all counsel of record using the Court's CM/ECF system.

_____
**DAVID A. JOHNSON**

ATS' DISCLOSURE OF INTERESTED PARTIES - Page 2 of 2
1605543