UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7-21-CV-247 |
| | § | |
| | § | |
| ALLEGIANT TRAVEL COMPANY, | § | |
| ALLEGIANT AIR LLC, AND AIRPORT | § | |
| TERMINAL SERVICES INC. | § | |

PLAINTIFF'S MOTION FOR ENTRY AND INSPECTION
OF ALLEGIANT'S AIRPLANE PURSUANT TO F.R.C.P. 34

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, by and through his attorney of record in the above-numbered-and-styled cause, and files this, his Motion for Entry and Inspection of Allegiant's Airplane Pursuant to F.R.C.P. 34, and in support of the motion, states as follows:

1. Plaintiff contends that at the time of the incident made the basis of this lawsuit, Defendants, through their employees, contractors, and/or agents, were negligent in dropping Plaintiff, a quadriplegic, as they were boarding him on an airplane and transferring him from an aisle wheelchair to a seat on the airplane, causing him to suffer injuries and damages. Plaintiff requests the Court order Defendants Allegiant Travel Company and Allegiant Air LLC (Allegiant) to allow Plaintiff and/or his attorneys to enter the airplane in which the incident occurred or a similar airplane to the one in which the incident occurred, so the area of the airplane where the incident occurred can be inspected, measured, photographed, and/or

videotaped. This will allow Plaintiff and his attorneys to obtain a better understanding of how the incident occurred and prepare Plaintiff's case for trial.

2. If Allegiant produces the airplane for inspection at the McAllen International Airport or at another location, Plaintiff requests the Court order Plaintiff and/or his attorneys be allowed to enter the premises for the purpose of inspecting the airplane as requested herein.

3. Plaintiff makes the requests stated herein pursuant to F.R.C.P. 34.

WHEREFORE, Plaintiff prays the Court hear and consider this motion at the Initial Pretrial and Scheduling Conference which is scheduled for August 17, 2021, at 9:00 a.m., and grant Plaintiff the relief he seeks in this motion.

Respectfully submitted,

*/s/   Michael J. Cisneros*
**Michael J. Cisneros**
Attorney-in-charge
State Bar No.: 00793509
Southern District Bar No.: 19522
**Arturo Cisneros,** Attorney
State Bar No.: 00789224
Southern District Bar No.: 19521
THE CISNEROS LAW FIRM, L.L.P.
312 Lindberg
McAllen, Texas 78501
Telephone:  (956) 682-1883
Facsimile:   (956) 682-0132
Email:  email@cisneroslawfirm.com
Attorneys for Plaintiff

<u>CERTIFICATE OF CONFERENCE</u>

I, Michael J. Cisneros, hereby certify that on this the <u>13th</u> day of August, 2021, I, through my legal assistant, have conferred with counsel for Defendants regarding the filing of Plaintiff's Motion for Entry and Inspection of Allegiant's Airplane Pursuant to F.R.C.P. 34. Attorney for Defendant Airport Terminal Services Inc. has advised me that Defendant Airport Terminal Services Inc. is unopposed to the motion. Attorney for Defendants Allegiant Travel Company and Allegiant Air LLC did not advise me whether the Allegiant Defendants were opposed or unopposed to the motion.

/s/ *Michael J. Cisneros*
MICHAEL J. CISNEROS

<u>CERTIFICATE OF SERVICE</u>

I, Michael J. Cisneros, hereby certify that on this the <u>13th</u> day of August, 2021, a true and correct copy of Plaintiff's Motion for Entry and Inspection of Allegiant's Airplane Pursuant to F.R.C.P. 34 was sent to counsel for Defendants' via electronic mail.

/s/ *Michael J. Cisneros*
MICHAEL J. CISNEROS