UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO | § § § § |
| VS. | § CIVIL ACTION NO. 7-21-CV-247 § § |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § |

ORDER SETTING HEARING ON
PLAINTIFF'S MOTION FOR ENTRY AND INSPECTION
OF ALLEGIANT'S AIRPLANE PURSUANT TO F.R.C.P. 34

It is hereby Ordered that Plaintiff's Motion for Entry and Inspection of Allegiant's Airplane Pursuant to F.R.C.P. 34 is hereby set for a hearing on the 17th day of August, 2021, at 9:00 a.m., during the Initial Pretrial and Scheduling Conference.

SIGNED this ____ day of _____, 2021, at McAllen, Texas.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE