UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO | § § § § |
| VS. | § CIVIL ACTION NO. 7-21-CV-247 § § § |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § |

ORDER GRANTING
PLAINTIFF'S MOTION ENTRY AND INSPECTION
OF ALLEGIANT'S AIRPLANE PURSUANT TO F.R.C.P. 34

On this ___ day of _____, 2021, came before the Court Plaintiff's Motion for Entry and Inspection of Allegiant's Airplane Pursuant to F.R.C.P. 34. After considering the motion, and the arguments of counsel, and after a hearing on the motion, the Court hereby Grants the motion and enters the following order:

_____

_____

_____

_____.

SIGNED this _____ day of _____, 2021, in McAllen, Hidalgo County, Texas.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE