United States District Court
Southern District of Texas
**ENTERED**
August 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO, §<br>§<br>Plaintiff, §<br>VS. §<br>§ CIVIL ACTION NO. 7:21-cv-00247<br>§<br>ALLEGIANT TRAVEL COMPANY, §<br>ALLEGIANT AIR LLC, and AIRPORT §<br>TERMINAL SERVICES INC., §<br>§<br>Defendant. | |

## ORDER

The Court now considers "Plaintiff's Motion for Entry and Inspection of Allegiant's Airplane Pursuant to F.R.C.P. 34."[1] As support for Plaintiff's motion, he cites only Federal Rule of Civil Procedure 34, which sets out the procedure for sending requests for entry and inspection to the *opposing party* not the Court.[2] Furthermore, under Rule 37, a party may only move to compel inspection if the opposing party fails to respond to or otherwise refuses the request.[3] Based on Plaintiff's motion, it does not appear Plaintiff has made any such request to Defendants. Accordingly, the Court **DENIES** "Plaintiff's Motion for Entry and Inspection of Allegiant's Airplane Pursuant to F.R.C.P. 34."[4]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of August 2021.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 12.
[2] *See* Fed. R. Civ. P. 34.
[3] *See* Fed. R. Civ. P. 37.
[4] Dkt. No. 12.