UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO, § | |
| § | |
| Plaintiff, § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:21-cv-00247 |
| ALLEGIANT TRAVEL COMPANY, § | |
| ALLEGIANT AIR LLC, and AIRPORT § | |
| TERMINAL SERVICES INC., § | |
| § | |
| Defendant. | |

# SCHEDULING ORDER

The Court now considers the parties' August 17, 2021 initial pretrial conference[1] and their "Joint Discovery/Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure."[2] This is a personal injury case.[3] At the parties' conference, the Court set out a schedule in accordance with the parties' proposed timeline.[4] Pursuant to the Court's oral orders, the Court sets out the following schedule. This case-specific scheduling order controls disposition of this action pending further order of the Court. Accordingly, the following actions shall be completed by the dates indicated:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline for Plaintiff to designate expert witnesses and provide expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2). | March 31, 2022 |
| Deadline for Defendant to designate expert witnesses and provide expert reports in | April 30, 2022 |

---

[1] Minute Entry (Aug. 17, 2021).
[2] Dkt. No. 9.
[3] Dkt. No. 1.
[4] Minute Entry (Aug. 17, 2021).

| | |
|---|---|
| accordance with Federal Rule of Civil Procedure 26(a)(2). | |
| Discovery deadline. | July 31, 2022 |
| Deadline to file all pretrial motions, including any dispositive motions, except motions in limine which shall be filed with the joint pretrial order. | August 22, 2022 |
| Deadline to file joint pretrial order, motions in limine, and proposed jury instructions (or proposed findings of fact & conclusions of law).[5] | October 21, 2022 |
| Final pretrial conference and trial scheduling. | November 14, 2022 at 9 a.m. |

This scheduling order supersedes any earlier scheduling order, is binding on all parties, and shall not be modified except by leave of Court upon showing of good cause.[6] All other deadlines not specifically set out in this scheduling order will be governed by the Federal Rules of Civil Procedure and this Court's Local Rules.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 18th day of August 2021.

                                                    Micaela Alvarez
                                         United States District Judge

---

[5] The Joint Pretrial Order must be in accordance with Appendix B of the Local Rules for the Southern District of Texas and must include the disclosures required by Federal Rule of Civil Procedure 26(a)(3).

[6] *See* FED. R. CIV. P. 16(b)(4); 6A ARTHUR R. MILLER, MARY KAY KANE & A. BENJAMIN SPENCER, FEDERAL PRACTICE AND PROCEDURE § 1522.2 (3d ed. 1998 & Supp. Oct. 2020).