## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISON

| | | |
|---|---|---|
| **FILIBERTO J. GARZA MORENO** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:21-cv-00247** |
| | § | |
| **ALLEGIANT TRAVEL COMPANY,** | § | |
| **ALLEGIANT AIR LLC, and AIRPORT** | § | |
| **TERMINAL SERVICES INC.** | § | |

## DEFENDANT AIRPORT TERMINAL SERVICES INC.'S RULE 26(a)(1) INITIAL DISCLOSURES

To:  Plaintiff, Filiberto J. Garza Moreno, by and through his attorneys of record, Michael J. Cisneros and Arturo Cisneros, The Cisneros Law Firm, L.L.P., 312 Lindberg Avenue, McAllen, TX 78501.

Defendants, Allegiant Travel Company and Allegiant Air, LLC, by and through their attorneys of record, Don Swaim and Joshua J. Alexander, Cunningham Swaim, L.L.P., 4015 Main Street, Suite 200, Dallas, TX 75226.

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Airport Terminal Services Inc., submits the following Initial Disclosures. Defendant's investigation of the claims in this action is ongoing, and the disclosures are based on information reasonably available to Defendant as of the date these disclosures were made. These disclosures are made without waiver of, or prejudice to, any objection Defendant may have to the use in trial of this document, or any information produced pursuant to the rules.

Respectfully submitted,

By:  */s/ David A. Johnson*

    **DAVID A. JOHNSON**
    Texas Bar No. 24032598
    djohnson@cowlesthompson.com
    (214) 672-2186
    (214) 672-2386

    **COWLES & THOMPSON, P.C.**
    901 Main Street, Suite 3900
    Dallas, TX 75202
    (214) 672-2000
    (214) 672-2020 (Fax)

    **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record via electronic service on this 31st day of August 2021.

    */s/ David A. Johnson*
    **DAVID A. JOHNSON**

Via CM/ECF Filing:
Don Swaim
dswaim@cunninghamswaim.com
Joshua J. Alexander
josh@cunninghamswaim.com
Cunningham Swaim, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone: 214-646-1495
Facsimile: 214-613-1163
Attorneys for Allegiant Travel Company and Allegiant Air, LLC

Via CM/ECF Filing:
Michael J. Cisneros
Arturo Cisneros
email@cisneroslawfirm.com
The Cisneros Law Firm, L.L.P.
312 Lindberg Avenue
McAllen, Texas 78501
Telephone: 956-682-1883
Facsimile: 956-682-0132
Counsel for Plaintiff

## INITIAL DISCLOSURES

1.   **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, and the subjects of the information.**

Filiberto Garza
c/o Michael Cisneros
Arturo Cisneros
The Cisneros Law Firm, L.L.P.
312 Lindberg
McAllen, TX 78501
956-682-1883
*Plaintiff*

Aaron Garza
Address unknown
956-640-7953
*Plaintiff's companion on the date of the incident and upon information and belief, Plaintiff's brother*

Allegiant Travel Company
Allegiant Air, LLC
c/o Don Swaim
Joshua J. Alexander
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
(214) 646-1495
*Defendant*

Airport Terminal Services, Inc.
Irma Nataly Hernandez, Manager with information regarding employees and training
Robert Castillo, witness to subject incident and has knowledge of experience and training
Robert Reyes, witness to subject incident and has knowledge of experience and training
Dora Rodriguez, witness to subject incident and has knowledge of experience and training
c/o David A. Johnson
Cowles & Thompson, PC
901 Main Street, Ste. 3900
Dallas, Texas 75202
*Defendant and its employees who are likely to have discoverable information*

2.    **A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Defendant refers to the contracts and other documents previously produced by Allegiant as ALLEGIANT 000001-000043, the statement being produced as ATS 000001, and certain training records and materials, which will be produced.

3.    **A computation of any category of damages claimed by the disclosing party.**

Not applicable.

4.    **Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Defendant will produce.

06/13/2019

On Thursday June 13, 2019 at approximately 20:44 Robert Castillo, Robert Reyes, and myself Dora Rodriguez with the help of Aaron Garza (brother to pax Filiberto Garza) assisted in lifting passenger Filiberto Garza. During the lift, we were each holding a corner of the hoist lift, we lifted at the count of three to transfer pax Filiberto Garza to seat 3D from the aisle chair, when suddenly during the lift Robert Castillo's side gave weight and passenger Filiberto Garza fell to his right side of the seat and hitting the right side of the rib cage on the arm rest. Immediately after this Robert Castillo and pax brother Aaron Garza moved to lift pax Filiberto Garza and sit him up right. At that moment I, Dora Rodriguez asked Pax Garza if he was ok, and if he needed medical attention, pax Filiberto Garza refused any medical attention and stated that he was ok. Pax Filiberto Garza's family was asked if he needed medical attention such as an ambulance or EMS but it was refused, they all stated that pax Filiberto Garza would be ok.


After boarding was complete I, Dora Rodriguez approached Pax Filiberto Garza and asked him if he was ok and if he needed any type of medical attention to this Pax Filiberto Garza stated that he was fine and just needed water to take some pain medication. He stated that his head was the only thing hurting him.