IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **FILIBERTO J. GARZA MORENO** | § § § | |
| v. | § § | Civil Action No. 7:21-cv-00247 |
| **ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC.** | § § § § | |

## DEFENDANT AIRPORT TERMINAL SERVICES INC.'S NOTICE OF APPEARANCE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE AND ALL PARTIES:**

PLEASE TAKE NOTICE that Helen H. Emerson hereby makes her appearance on behalf of **Defendant Airport Terminal Services Inc.** in addition to its other counsel of record in this matter. The undersigned hereby requests that all notices and copies of pleadings, correspondence, discovery, and other relevant materials be served on:

Helen H. Emerson
Cowles & Thompson, PC
901 Main Street, Suite 3900
Dallas, Texas 75202
Telephone: 214-672-2108
Fax: 214-672-2308
Email: hemerson@cowlesthompson.com

**WHEREFORE, PREMISES CONSIDERED**, Defendant Airport Terminal Services Inc. prays that the Court and counsel take notice of this appearance of counsel.

Respectfully submitted,

By: */s/ David A. Johnson*
    **DAVID A. JOHNSON**
    **Attorney-in-Charge**
    Texas Bar No. 24032598
    **HELEN H. EMERSON**
    **Of Counsel**
    Texas Bar No. 24092556

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, Texas  75202
(214) 672-2000 (Tel)
(214) 672-2020 (Fax)
E-mail: djohnson@cowlesthompson.com
E-mail: hemerson@cowlesthompson.com

**ATTORNEYS FOR DEFENDANT**
**AIRPORT TERMINAL SERVICES INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of September 2021, a true and correct copy of the foregoing document was delivered via e-service to all counsel of record.

    */s/ David A. Johnson*
    David A. Johnson