United States District Court
Southern District of Texas
**ENTERED**
September 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO, § § Plaintiff, § VS. § § ALLEGIANT TRAVEL COMPANY, § ALLEGIANT AIR LLC, and AIRPORT § TERMINAL SERVICES INC., § § Defendant. | CIVIL ACTION NO. 7:21-cv-00247 |

## ORDER

The Court now considers "Defendant Airport Terminal Services Inc.'s Rule 26(a)(1) Initial Disclosures."[1] Federal Rule of Civil Procedure 26(a)(1)(A) requires initial disclosures "to the other parties" and the United States District Court for the Southern District of Texas's Local Rule 5.4 expressly prohibits discovery material from being filed with the Clerk of the Court. Furthermore, Defendant has failed to comply with Local Rule 26, which designates the circumstances and procedures for introducing discovery documents. Accordingly, the Court **STRIKES** "Defendant Airport Terminal Services Inc.'s Rule 26(a)(1) Initial Disclosures," Dkt. No. 16, from this Court's docket.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of September 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 16.