**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **FILIBERTO J. GARZA MORENO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| | § | **Case No. 7:21-cv-00247** |
| **ALLEGIANT TRAVEL COMPANY,** | § | |
| **ALLEGIANT AIR LLC, AND AIRPORT** | § | |
| **TERMINAL SERVICES INC.** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Alex Whitman, hereby files this Notice of Appearance as additional counsel for Defendants Allegiant Travel Company and Allegiant Air LLC, in the referenced matter.

Counsel hereby requests that copies of all future pleadings, notices, and discovery filed and/or served in this matter be sent to him at the following location:

Alex Whitman
Cunningham Swaim, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone: (214) 646-1495
Facsimile: (214) 613-1163
awhitman@cunninghamswaim.com

Respectfully submitted,

*/s/ Alex Whitman* _____
Don Swaim – Attorney in Charge
State Bar No. 19545200
Alex Whitman
State Bar No. 24081210
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone: (214) 646-1495
Facsimile: (214) 613-1163
dswaim@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR DEFENDANTS
ALLEGIANT TRAVEL COMPANY and
ALLEGIANT AIR, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I have complied with the provisions of the Federal Rules of Civil Procedure by serving a copy of the foregoing document on this 24th day of September, 2021 to all counsel of record who have entered an appearance in this action.

*/s/ Alex Whitman* _____
Alex Whitman