# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| **FILIBERTO J. GARZA MORENO,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **ALLEGIANT TRAVEL COMPANY,** § <br> **ALLEGIANT AIR LLC, AND AIRPORT** § <br> **TERMINAL SERVICES INC.,** § <br> § <br> **Defendants.** § | Case No. 7:21-cv-00247 |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff and Defendants hereby file the following Joint Motion for Entry of Protective Order, and would respectfully show the Court as follows:

1. Discovery has commenced in this action, and the parties are in the process of exchanging documents in production.

2. The parties have conferred and agreed that entry of a protective order would be appropriate to govern the production of sensitive documents and information in this action.

3. After conferring, the parties agreed to the form of a proposed protective order, which is being submitted contemporaneously with this Joint Motion.

4. Accordingly, the parties jointly request that the Court enter the enclosed Protective Order in this action, in accordance with Federal Rule of Civil Procedure 26(c).

Dated: December 7, 2021

                                              Respectfully submitted,

                                              */s/ Michael J. Cisneros*
                                              Michael J. Cisneros
Attorney-in-Charge
State Bar No. 00793509
Southern District Bar No. 19522
Arturo Cisneros
State Bar No. 00789224
Southern District Bar No. 19521
**THE CISNEROS LAW FIRM, L.L.P.**
312 Lingberg
McAllen, Texas 78501
Telephone: (956) 682-1883
Facsimile: (956) 682-0132
email@cisneroslawfirm.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Don Swaim*
Don Swaim
Texas Bar No. 19545200
Alex J. Whitman
Texas Bar No. 24105506
**CUNNINGHAM SWAIM, LLP**
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone: (214) 646-1495
Facsimile: (214) 613-1163
dswaim@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR DEFENDANTS
ALLEGIANT TRAVEL COMPANY AND
ALLEGIANT AIR, LLC**

*/s/ David A. Johnson*  
David A. Johnson  
Texas State Bar No. 24032598  
**COWLES & THOMPSON, P.C.**  
901 Main Street, Suite 3900  
Dallas, Texas 75202  
Telephone: (214) 672-3000  
Facsimile: (214) 672-2020  
djohnson@cowlesthompson.com  

**ATTORNEYS FOR DEFENDANT AIRPORT TECHNICAL SERVICES, INC.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for all parties conferred during the weeks of November 29, 2021 and December 6, 2021, and that all parties agree to this Motion and the form of the proposed protective order submitted herewith.

*/s/ Don Swaim*  
Don Swaim

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon all counsel of record who are registered and authorized to receive service thereof via the CM/ECF system on December 7, 2021.

*/s/ Don Swaim*  
Don Swaim