United States District Court
Southern District of Texas
**ENTERED**
December 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> ALLEGIANT TRAVEL COMPANY, § <br> ALLEGIANT AIR LLC, and AIRPORT § <br> TERMINAL SERVICES INC., § <br> § <br> Defendant. | CIVIL ACTION NO. 7:21-cv-00247 |

## ORDER

The Court now considers the parties' joint motion for protective order.[1] No rationale is given for this motion other than the parties stating that they "have conferred and agreed that entry of a protective order would be appropriate to govern the production of sensitive documents and information in this action."[2] Entering a protective order or confidentiality order requires a "particular and specific demonstration of fact."[3] Because the parties offer no facts at all, the Court **DENIES** their motion to enter a protective order.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of December 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 20.
[2] *Id.* at 1.
[3] *EEOC v. BDO USA, L.L.P.*, 876 F.3d 690, 698 (5th Cir. 2017) (quoting *In re Terra Int'l, Inc.*, 134 F.3d 302, 306 (5th Cir. 1998) (per curiam)).