Case 7:21-cv-00247   Document 23   Filed on 12/28/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO, § § Plaintiff, § § VS. § § CIVIL ACTION NO. 7:21-cv-00247 ALLEGIANT TRAVEL COMPANY, § ALLEGIANT AIR, LLC, and AIRPORT § TERMINAL SERVICES, INC., § § Defendants. § | |

## ORDER

The Court now considers the parties' "Renewed Joint Motion for Entry of Protective Order"[1] filed on December 20, 2021. Because this request is submitted jointly, the Court **GRANTS** the parties' motion.[2] A protective order in accordance with the parties' stipulations will issue separately.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 28th day of December 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 22.
[2] *Id*.