**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| **FILIBERTO J. GARZA MORENO** § | |
| § | |
| v. § | Civil Action No. 7:21-cv-00247 |
| § | |
| **ALLEGIANT TRAVEL COMPANY,** § | |
| **ALLEGIANT AIR LLC, and AIRPORT** § | |
| **TERMINAL SERVICES INC.** § | |

**<u>DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF APPEARANCE</u>**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE AND ALL PARTIES:**

PLEASE TAKE NOTICE that Robert L. Guerra hereby makes his appearance as additional counsel for **Defendant Airport Terminal Services Inc.** in this matter.

Counsel hereby requests that all notices and copies of pleadings, correspondence, discovery, and other relevant materials be served on him at:

Robert L. Guerra
Thornton, Biechlin, Reynolds & Guerra, L.C.
418 East Dove Avenue
McAllen, Texas 78504
Telephone: 956-630-3080
Fax: 956-630-0189
Email: rguerra@thorntonfirm.com

**WHEREFORE, PREMISES CONSIDERED**, Defendant Airport Terminal Services Inc. pray that the Court and all counsel take notice of this appearance of additional counsel.

Respectfully submitted,

By: /s/ *Robert L. Guerra*
**ROBERT L. GUERRA**
Federal I.D. No. 3781
Texas Bar No. 08578560
rguerra@thorntonfirm.com

**THORNTON, BIECHLIN, REYNOLDS & GUERRA, L.C.**
418 East Dove Avenue
McAllen, Texas 78504
956-630-3080 (Tel)
956-630-0189 (Fax)

**AND**

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR DEFENDANT AIRPORT TERMINAL SERVICES INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of February 2022, a true and correct copy of the foregoing document was delivered via e-service to all counsel of record.

/s/ *Robert L. Guerra*
**ROBERT L. GUERRA**