UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO | § § § § | |
| VS. | § | CIVIL ACTION NO. 7-21-CV-00247 |
| | § § | |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, by and through his attorney of record in the above-numbered and styled cause, and files this his Motion for Leave to File Plaintiff's First Amended Original Complaint, and in support of the motion, states as follows:

1. On August 18, 2021, the Court entered a scheduling order for this case. The Court set the discovery deadline for July 31, 2022, Plaintiff's expert designation deadline for March 31, 2022, and Defendants' expert designation deadline for April 30, 2022. Since the Court entered the scheduling order, the parties have obtained Plaintiff's medical records and medical bills, conducted written discovery, and deposed Plaintiff and his brother who was a witness to the incident made the basis of this suit. Further, Plaintiff has designated non-retained and retained experts and Defendants have designated non-retained experts and are in the process of designating retained experts. Plaintiff's lifecare plan expert is scheduled to be deposed on April 26, 2022. The parties plan to depose other retained and non-retained experts,

Defendants' corporate representatives, and fact witnesses before the discovery deadline.

2. Plaintiff requests leave to file his original petition that he filed in the 275th District Court in Edinburg, Hidalgo County, Texas, before the Defendants removed this case to this Court. Plaintiff wants to amend his complaint to comply with the Federal Rules of Civil Procedure, Local Rules for the Southern District of Texas, Texas Rules of Civil Procedure, Texas Civil Practice and Remedies Code, and evidence that has been discovered to date.

3. Plaintiff amending his complaint is necessary. Good cause exists for Plaintiff to amend his complaint. Plaintiff amending his complaint will not cause undue delay and is not being done in bad faith, for frivolous purposes, or with a dilatory motive. Plaintiff amending his complaint will not prejudice the Defendants' defenses on the merits, obligate Defendants to expend significant additional resources, or delay the resolution of this case. Further, Plaintiff amending his complaint will not pose an additional or substantial burden on the Court.

4. Plaintiff therefore respectfully requests leave to file Plaintiff's First Amended Original Complaint. This is Plaintiff's first request to amend his complaint since Defendants removed this case to this Court and the Court entered its scheduling order. The Court should grant Plaintiff leave to amend his complaint because justice requires it. FRCP 15(a)(2), Forman v. Davis, 371 U.S. 178, 182 (1962), *Runnion v. Girl Scounts*, 786, F.3d 510, 519 (7th Cir. 2015), *New York City Employees Ret. Svs. V. Jobs*, 593 F.3d 1018, 1025 (9th Cir. 2010) *Lacey v. Maricopa Cty.*, 693 F.3d 896, (9th Cir. 2012), *Sco Grp. V. International Bus. Machs. Corp.*, 879 F.3d 1062, 1085 (10th Cir. 2018). Plaintiff will

be prejudiced if the Court does not grant him leave to file his amended complaint. Plaintiff's First Amended Original Complaint is attached hereto as Exhibit "A".

WHEREFORE, Plaintiff prays that the Court grant this motion and him leave to file Plaintiff's First Amended Original Complaint which is attached hereto as Exhibit "A".

Respectfully submitted,

/s/ *Michael J. Cisneros*
**Michael J. Cisneros**
Attorney-in-charge
State Bar No.: 00793509
Southern District Bar No.: 19522
**Arturo Cisneros,** Attorney
State Bar No.: 00789224
Southern District Bar No.: 19521
THE CISNEROS LAW FIRM, L.L.P.
312 Lindberg
McAllen, Texas 78501
Telephone: (956) 682-1883
Facsimile: (956) 682-0132
Email: email@cisneroslawfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF CONFERENCE

I, Michael J. Cisneros, hereby certify that on this the 24th day of March, 2022, I have conferred with counsel for Defendants regarding the filing of Plaintiff's First Amended Original Complaint, and they have advised me that Defendants are unopposed to Plaintiff filing Plaintiff's First Amended Original Complaint.

/s/ *Michael J. Cisneros*
MICHAEL J. CISNEROS

## CERTIFICATE OF SERVICE

I, Michael J. Cisneros, hereby certify that on this 25th day of March, 2022, a true and correct copy of Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Original Complaint was provided to counsel for Defendants via electronic mail.

/s/ *Michael J. Cisneros*
MICHAEL J. CISNEROS