UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7-21-CV-00247 |
| | § | |
| | § | |
| ALLEGIANT TRAVEL COMPANY, | § | |
| ALLEGIANT AIR LLC, AND AIRPORT | § | |
| TERMINAL SERVICES INC. | § | |

ORDER
ON
PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

On this the _____ day of _____, 2022, came to be considered Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Original Complaint. After considering Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Original Complaint, the Court hereby GRANTS the motion and orders the Clerk to file Plaintiff's First Amended Original Complaint tendered with the Motion for Leave.

SIGNED this _____ day of _____, 2022, at McAllen, Texas.


_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE