UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO | § § § § § |
| VS. | § CIVIL ACTION NO. 7-21-CV-00247 § § |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § |

## ORDER DENYING DEFENDANTS' JOINT MOTION FOR JUDGMENT ON THE PLEADINGS

On this the _____ day of _____, 2022, came to be heard and considered Defendants' Joint Motion for Judgment On the Pleadings. The Court, after considering the motion, Plaintiff's response to the motion, taking judicial notice of all of the papers in this cause, including those that Plaintiff requested the Court take judicial notice of in his response, finds and is of the opinion that Defendants' Joint Motion for Judgment On the Pleadings should be denied.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Joint Motion for Judgment On the Pleadings be, and it is, hereby denied.

DONE at McAllen, Texas, this _____ day of _____, 2022.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE