# Exhibit "4"

## A. Safety Event Report - Inflight

## SERI-12903

| | |
|---|---|
| **Event Date** | 6/13/2019 9:12 PM |
| **Recorded By** | |
| **Recorded Date** | 6/14/2019 10:15 AM |
| **Subject** | |

## Flight Information

| | |
|---|---|
| **Flight Number** | 118 |
| **Aircraft Tail Number** | 303NV |
| | |
| **Departure Airport** | MFE - McAllen-Miller International Airport |
| **Scheduled Arrival Airport** | LAS - McCarran International Airport |
| **Actual Arrival Airport** | |
| | |
| **Phase of Flight** | Boarding |

## Crew Information

| | |
|---|---|
| **LFA** | |
| **FA2** | |
| **FA3** | |
| **FA4** | |
| **FA5** | |
| **FA6** | |

| | | |
|---|---|---|
| **Date Printed** | Thursday, June 20, 2019 | |
| **Printed By** | Draves, Maryjane | Page 1 of 2 |

ALLEGIANT000042

## Event Narratives

### Event Narrative

MFE LAS flt#117 a/c 303NVReseated family from 4a,5f,6c to 3def to accommodate aisle chair pax 6c.  6c was a pax of size and stated he always sits in bulkhead for easier transition from aisle chair to cabin seat. Lead csa advised to do so and will fix the seating. 6c was transferred from his motorized wheelchair to aisle chair in a motorized lift by way of harness. It took his fellow travel companion, 2 ground crew, and lead csa to transport pax to 3D. Pax did not safely transition as he landed on his right side hitting the arm rest.  Pax cried out loud and expressed pain, even while positioning him properly onto his seat.  Seatbelt extension was provided for pax. Aisle chair passenger took medication right before door closure.Lead CSA advise will follow up with passengers when they get to LAS

### Preventative Suggestion

## Attachments

## Safety Manual Guidelines

Safe Manual: 05.3.1

Except in the case of a criminal act, illegal substance abuse, repeated violations of safety procedures, or an intentional unsafe act, Allegiant will use its best efforts to maintain the confidentiality of this information, prohibiting access by unauthorized personnel and by protecting the contents of the safety reporting system from disclosure to any outside party, unless required by law. All Team Members should feel able to report incidents and hazards without fear of unwarranted retribution. Reporting situations, events, and practices that compromise safety must be a top priority for all Team Members. This policy does not apply to information gained by the Company from a source other than the Team Member involved. In cases where the reporting Team Member's work group is covered by an Aviation Safety Action Program (ASAP) Memorandum of Understanding with the FAA, the reporting Team Member may qualify for protection from certificate action and/or civil penalty enforcement by the FAA.