# Exhibit "5"



**allegiant**

**Your booking is confirmed, filiberto Garza!**
Here is your itinerary and receipt. Thanks for traveling with Allegiant.

**How to Allegiant**

f Share

| Customer Name | Book Date |
|---|---|
| FILIBERTO GARZA | 06/03/2019 |

Your confirmation number is: **96D2KS**

**Boarding Passes**
Starting 24 hours before departure, check in online to print your boarding pass(es) or

From: Allegiant <no-reply@t.allegiant.com>
Date: Mon, Jun 3, 2019 at 4:28 PM
Subject: AllegiantAir.com - Itinerary #96D2KS
To: filiberto Garza <betoblc@gmail.com>



Garza

EXHIBIT NO. 6
2-18-22
Donna McCown



**Your booking is confirmed, filiberto Garza!**
Here is your itinerary and receipt. Thanks for traveling with Allegiant.

 Share

## How to **Allegiant**

| Customer Name | Book Date |
|---|---|
| **FILIBERTO GARZA** | 06/03/2019 |

Your confirmation number is:  **96D2KS**

**Flight Details**    change/cancel

### Departing Flight Information

| Date | Flight # | Departure Airport | Departs |
|---|---|---|---|
| Thu, Jun 13, 2019 | 117 | Mc Allen Miller International Airport (MFE) **Map** | 09:22 PM |

| | | Arrival Airport | Arrives |
|---|---|---|---|
| | | McCarran International Airport (LAS) **Map** | 10:20 PM |

### Passenger Name: FILIBERTO GARZA

| Seat Assignment | Priority Access | Under-Seat Personal Item | Checked Bags | Overhead Carry-On Bags |
|---|---|---|---|---|
| 4A | Not Assigned | Free | 0 | 0 |

### Passenger Name: ALICIA GARZA

| Seat Assignment | Priority Access | Under-Seat Personal Item | Checked Bags | Overhead Carry-On Bags |
|---|---|---|---|---|
| 5C | Not Assigned | Free | 0 | 0 |

**Boarding Passes**
Starting 24 hours before departure, check in online to print your boarding pass(es) or go paperless by viewing your itinerary on the Allegiant mobile app.



**Seat Assignments**
Thanks for purchasing your seat in advance. Sit back and relax - your seat selections are confirmed on your itinerary.



**Checking Bags?**
It's easy - click here to add bags to your itinerary. Checking a bag at the airport costs more than adding to your itinerary now. Checked bags must

## Returning Flight Information

| Date | Flight # | Departure Airport | Departs |
|------|----------|-------------------|---------|
| Thu, Jun 20, 2019 | 46 | McCarran International Airport (LAS) **Map** | 06:40 AM |

| | | Arrival Airport | Arrives |
|---|---|---|---|
| | | Mc Allen Miller International Airport (MFE) **Map** | 11:33 AM |

### Passenger Name: FILIBERTO GARZA

| Seat Assignment | Priority Access | Under-Seat Personal Item | Checked Bags | Overhead Carry-On Bags |
|-----------------|-----------------|--------------------------|--------------|------------------------|
| 3D, Aisle, Legroom + | Not Assigned | Free | 0 | 0 |

### Passenger Name: ALICIA GARZA

| Seat Assignment | Priority Access | Under-Seat Personal Item | Checked Bags | Overhead Carry-On Bags |
|-----------------|-----------------|--------------------------|--------------|------------------------|
| 3B, Middle, Legroom + | Not Assigned | Free | 0 | 0 |

## Receipt and Payment Details

| | |
|---|---|
| Airfare | $392.38 |
| Round Trip Discount | -$40.00 |
| Fed Excise Tax | $26.42 |
| Segment Fees | $16.80 |
| PFC | $18.00 |
| Sept 11 Security Fee | $22.40 |
| Seat Selection Fee | $104.00 |
| Carrier Usage Charge | $72.00 |
| **Total Trip Cost:** | **$612.00** |

| Payment Type | Payment Date | Amount |
|--------------|--------------|--------|
| Mastercard Debit - 7075 | 06/3/2019 | $612.00 |
| Total Paid: | | $612.00 |

Balance Due                                                $0.00



The Allegiant World Mastercard®
**15,000** Bonus Points Offer
Equal to $150 off Allegiant travel



APPLY NOW

Residents of the US and its territories only. See full disclosure for details.

weigh under 40lbs. Overweight bag fees apply.



### Carry-On Bag
Your carry-on bag should be purchased and added to your itinerary prior to departure. Bag fees are higher at the airport. Click here for details.



### Arrive 2 hours prior to departure.
Plan to be at the airport 2 hours in advance. Checked baggage must be dropped off at the ticket counter at least 45 minutes prior to scheduled departure. All passengers must be seated on the plane 20 minutes before departure.

**¿Habla español?**
**Haga clic aquí.**

## Manage Your Travel

To change your itinerary, upgrade, reserve seats or bags, visit Manage Travel online.

**Baggage Fees:**

**Overweight and oversized checked bag fees apply to:**

- Overweight Checked Bags - between 41 and 70 pounds (18.6-31.8 kilos): $50.00 additional per segment.
- Overweight Checked Bags - between 71 and 100 pounds (32.2-45.4 kilos): $75.00 additional per segment.
- Oversize Checked Bags: height + width + depth in excess of 80 linear inches (203.2 cm): $75.00 additional per segment.

Please note: passengers may bring car seats/strollers, mobility aids or assistive devices, medical equipment such as portable oxygen concentrators or diabetic supplies, food for consumption in flight, a coat, jacket, diaper bag, or an umbrella on board the aircraft without charge.

In accordance with FAA/TSA Security Directives, passengers are restricted to one (1) item of carry-on baggage that does not exceed external dimensions of nine inches by fourteen inches by twenty-two inches (9"H x 14"W x 22"D) (e.g., roll-aboard bag, garment bag, tote bag). This item must be stored in the overhead compartment and is subject to applicable fees. In addition, passengers may bring on-board one (1) smaller personal-type item not to exceed external dimensions of seven inches high by fifteen inches wide by sixteen inches deep (7"H x 15"W x 16"D) (e.g., purse, briefcase, laptop computer, small backpack, small camera), provided that such item is capable of being carried onboard the aircraft by one person without assistance and is capable of being stowed under a seat. Carrier reserves the right to further restrict the size and number of carry-on items whenever necessary. Qualified individuals with a disability will be provided assistance upon request to Carrier's Representatives in loading, stowing, and retrieving carry-on items, including authorized assistive devices.

|  | At Booking | | Pre Departure | | Airport |
|---|---|---|---|---|---|
|  | Checked 1-4 | Carry-on 1 | Checked 1-4 | Carry-on 1 | All bags |
| MCALLEN, TX (MFE) - LAS VEGAS, NV (LAS) For travel starting November 4, 2015 | $35.00 | $20.00 | $45.00 | $45.00 | $50.00 |
| LAS VEGAS, NV (LAS) - MCALLEN, TX (MFE) For travel starting November 4, 2015 | $35.00 | $20.00 | $45.00 | $45.00 | $50.00 |

**At the Airport:**

Proof of age is required for all passengers, including passengers under the age of 18 who are traveling alone. Passengers who are unable to provide proof of age will not be permitted to board the aircraft.

In accordance with federal regulations, any passenger who appears to be intoxicated may be denied boarding.

Allegiant does not accept cash, checks or money orders at any airport location.

**IMPORTANT NOTICES**

Baggage Liability Limitations:

For domestic (U.S.) flights, Allegiant Air's liability for provable direct or consequential damages resulting from the disappearance of, damage to, or delay in delivery of a passenger's personal property, including baggage, in Allegiant Air's custody is limited to $3,500 per passenger. (This limitation does not apply to wheelchairs or other mobility aids or assistive devices belonging to passengers with disabilities.) Please refer to Articles 75 and 76 of Allegiant's Contract of Carriage for additional information.

E-Ticket Expiration:

All travel involving funds from this itinerary number must be completed no later than one year from the date the original itinerary was booked. Any change to an itinerary, if permitted under Allegiant's Terms and Conditions, will involve a change fee. For additional information, see Allegiant's Terms and Conditions.

Overbooking of Flights:

Airline flights may be overbooked. There is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline of 45 minutes prior to each flight segment, persons denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

Incorporated Terms:

Air transportation provided by Allegiant Air is subject to the terms of Allegiant's Contract of Carriage, and all such terms are herein incorporated by reference. Incorporated terms may include but are not restricted to (1) limits on liability for personal injury or death; (2) limits on liability for loss, damage or delay of baggage, including fragile or perishable goods; (3) claims restrictions, including time periods within which passengers must file a claim or bring an action against the air carrier; (4) rights of the air carrier to change terms of the contract; (5) rules about non-refundability of air transportation, hotel, auto, activities or services, baggage and seat fees, and related booking fees, carrier charges and taxes; reconfirmation of reservations, check-in times, and refusal to carry; (6) rights of the air carrier and limitations concerning delay or failure to perform service, including schedule changes, substitution of alternate air carrier or aircraft, and rerouting. You can obtain additional information on items 1 through 6 above at any U.S. location where Allegiant's tickets are sold. You have the right to inspect the full text of Allegiant's Contract of Carriage at its airport ticket counters or by clicking here. You also have the right, upon request, to receive free of charge by mail or other delivery service the full text of Allegiant's Contract of Carriage including the terms referenced above. Information on ordering the full text of the Contract of Carriage is available at any U.S. location where Allegiant's tickets are sold.

No-Show Policy:

Failure to board a flight or to change or cancel an itinerary within the specified cancellation policies set forth in the Terms and Conditions shall be deemed a customer-initiated cancellation and the remaining itinerary, including any return flights, will be canceled and all funds will be forfeited.

Portable electronic devices containing lithium-ion or lithium metal batteries such as Laptops, Cell/Smart Phones, Electronic Cigarettes, Tablets, Hand-Held Games, Camcorders, Watches, Calculators, Spare Lithium Batteries, etc., are not permitted in checked bags.

This is a post-only mailing from Allegiant. Please do not respond to this message.
For questions or concerns, customers may submit a Request for Assistance Form.

Allegiant Travel Company
P.O. Box 371477
Las Vegas, NV 89137