# Exhibit "6"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **FILIBERTO J. GARZA MORENO,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | |
| § | |
| § | Case No. 7:21-cv-00247 |
| **ALLEGIANT TRAVEL COMPANY,** § | |
| **ALLEGIANT AIR LLC, AND AIRPORT** § | |
| **TERMINAL SERVICES INC.** § | |
| § | |
| **Defendants.** § | |

### DECLARATION OF ALEXIA CANETTI

I, Alexia Canetti, hereby offer this Declaration, and declare as follows:

1. My name is Alexia Canetti. I am a Corporate Paralegal for Allegiant Travel Company. I am over 18 years of age, and I am not disqualified in any respect from giving the testimony contained herein, which is true and correct and based upon my personal knowledge.

2. I work at Allegiant Travel Company's location at 1201 North Town Center Drive, Las Vegas, Nevada 89144. In my capacity as a Corporate Paralegal, I am a custodian of records and qualified to make this affidavit on behalf of Allegiant Travel Company and a related company, Allegiant Air, LLC.

3. Attached as Exhibit 1 to the Motion for Partial Summary Judgment with which this Declaration is being filed is a true and correct copy of the Agreement for Airport Services between Allegiant Air, LLC and Airport Terminal Services, Inc., entered into on or about March 2, 2011 and bates-labeled in this matter as ALLEGIANT000001-34.

1

4. Attached as Exhibit 4 to the Motion for Partial Summary Judgment with which this Declaration is being filed is a true and correct copy of a Safety Event Report – Inflight designated as SERI-12903, recorded on June 14, 2019, which describes the incident giving rise to the above-captioned action, and bates-labeled in this matter as ALLEGIANT000042-43. The documentary record attached as Exhibit 4 were kept by Allegiant Travel Company and Allegiant Air, LLC in the regular course and practice of business and it was the regular course of business at Allegiant Travel Company and Allegiant Air, LLC for an employee or representative of Allegiant Travel Company and Allegiant Air, LLC, with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. I am familiar with the record and the circumstances under which the record was made, and Exhibit 4 is a true, correct, and accurate copy of the Safety Event Report – Inflight designated as SERI-12903.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of August, 2022.

Executed in Las Vegas, Nevada.

Alexia Canetti