UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

FILIBERTO J. GARZA MORENO          §
                                   §
                                   §
                                   §
VS.                                §   CIVIL ACTION NO. 7-21-CV-247
                                   §
                                   §
ALLEGIANT TRAVEL COMPANY,          §
ALLEGIANT AIR LLC, AND AIRPORT     §
TERMINAL SERVICES INC.             §

NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Filiberto J. Garza Moreno (Moreno) and Defendant Airport Terminal
Services Inc. (ATS) file this Notice of Settlement pursuant to Local Rule 16.3 and
advise the Court, without any parties admitting liability in this cause, that Moreno
and ATS have reached a settlement. The settlement resolves all claims and causes of
action which were raised or could have been raised between Moreno and ATS in
the above-referenced cause. Documents to finalize the settlement between Moreno
and ATS have not been fully executed. Plaintiff and ATS are requesting 60 days to
finalize the settlement and file dismissal documents with the clerk. Plaintiff
Filiberto J. Garza Moreno's case against Defendant Allegiant Travel Company and
Allegiant Air LLC, has not been settled and is still pending in the cause before this
Court.

Date: August 22, 2022.

Respectfully submitted by:


 /s/ *Michael J. Cisneros*
Michael J. Cisneros, Attorney-in-charge
State Bar No.: 00793509
Southern District Bar No.: 19522
Arturo Cisneros, Attorney
State Bar No.: 00789224
Southern District Bar No.: 19521
THE CISNEROS LAW FIRM L.L.P.
312 Lindberg Avenue
McAllen, Texas 78501
Telephone:  (956) 682-1883
Facsimile:    (956) 682-0132
Email:  email@cisneroslawfirm.com
Attorneys for Plaintiff




/s/ *David A. Johnson*
David A. Johnson
State Bar No.: 24032598
COWLES & THOMPSON, P.C.
901 Main Street, Suite 9300
Dallas, TX 75202
Telephone:  (214) 672-2000
Facsimile:    (214) 672-2020
Email: djohnson@cowlesthompson.com
Attorney for Defendant
Airport Terminal Services Inc.