UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:21-cv-00247 |
| ALLEGIANT TRAVEL COMPANY, § | |
| ALLEGIANT AIR, LLC, and AIRPORT § | |
| TERMINAL SERVICES, INC., § | |
| § | |
| Defendants. § | |

## **ORDER**

The Court now considers the parties' "Notice of Settlement."[1] Therein, the parties notify the court that they have reached a settlement which resolves all claims and causes of actions between the parties. Futher, the parties request 60 days to finalize the settlement and file dismissal documents. Accordingly, the Court hereby **ORDERS** Plaintiff to file dismissal documents no later than **October 21, 2022** or otherwise inform the Court how he plans to proceed in this case. Failure to comply may result in dismissal for failure to prosecute.[2] Additionally, the Court hereby **CANCELS** all hearings and deadlines in this case.[3] Further, the Court hereby **STAYS** the consideration of Defendants' motion for partial summary judgment[4] pending the parties' finalization of the settlement.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 23rd day of August 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 36.
[2] *See* FED. R. CIV. P. 41(b); *Campbell v. Wilkinson*, 988 F.3d 798, 800 (5th Cir. 2021) ("It is well established that Rule 41(b) permits dismissal not only on motion of the defendant, but also on the court's own motion.").
[3] Dkt. No. 15.
[4] Dkt. No. 35.