United States District Court
Southern District of Texas
**ENTERED**
August 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO, § § Plaintiff, § § VS. § § ALLEGIANT TRAVEL COMPANY, § ALLEGIANT AIR, LLC, and AIRPORT § TERMINAL SERVICES, INC., § § Defendants. § | § § § § § § CIVIL ACTION NO. 7:21-cv-00247 § § § § § § |

## **AMENDED ORDER**

The Court now considers the parties' "Notice of Settlement"[1] and its order in response to that notice.[2] In the notice, the parties notify the court that they have reached a settlement which resolves all claims and causes of actions between the Plaintiff Filiberto J. Garza Moreno and Defendant Airport Terminal Services Inc.[3] Plaintiff's case against Defendants' Allegiant Travel Company and Allegiant Air LLC has not been settled.[4] Accordingly, the Court submits this amended order to correct the cancelling of the hearings and deadlines in this case and the stay of the consideration of the motion for partial summary judgment.

Thus, the Court hereby **ORDERS** Plaintiff to file dismissal documents as to Defendant Airport Terminal Services, Inc, no later than **October 21, 2022**. Additionally, the Court herby **REINSTATES** all remaining hearings and deadlines in this case.[5] More specifically, the deadline to file the joint pretrial order, motions in limine, and proposed jury instructions is hereby set for

---

[1] Dkt. No. 36.
[2] Dkt. No. 37.
[3] *Id.*
[4] *Id.*
[5] Dkt. No. 15.

**October 21, 2022**. The final pretrial conference is hereby set for **November 14, 2022 at 9 a.m.** Further, the Court no longer stays the consideration of Defendants' motion for partial summary judgment[6] and will consider the motion once ripe.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 24th day of August 2022.

                                        Micaela Alvarez
                                      United States District Judge

---

[6] Dkt. No. 35.