UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO | § § § § | |
| VS. | § § | CIVIL ACTION NO. 7-21-CV-00247 |
| | § § | |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, by and through his attorney of record in the above-numbered and styled cause, and files this his Motion for Leave to File Plaintiff's Second Amended Original Complaint, and in support of the motion, states as follows:

1. On July 22, 2022, the Court dismissed Plaintiff's cause of action against Defendants based on negligence per se.

2. On August 22, 2022, Defendants Allegiant filed a motion for partial summary judgment requesting the Court grant summary judgment on Plaintiff's gross negligence and exemplary damages claim against Defendants Allegiant. Plaintiff no longer desires to prosecute his claim for gross negligence and exemplary damages against Defendants.

3. On August 22, 2022, Plaintiff and Defendant Airport Terminal Services Inc. (ATS) filed a Notice of Settlement with regard to the settlement of Plaintiff's claim and cause of action against ATS only. Plaintiff and ATS are in the process of finalizing the

settlement of the case between them. Plaintiff's case against Defendants Allegiant is still pending.

4. Plaintiff therefore respectfully requests leave to file Plaintiff's Second Amended Original Complaint wherein he deletes his negligence per se and gross negligence and exemplary damages claims against Defendants. Plaintiff's Second Amended Original Complaint complies with the Court's order dismissing Plaintiff's cause of action of negligence per se against Defendants, Plaintiff's desire not to pursue his gross negligence and exemplary damages claim against Defendants, and to put the Court on notice that if the Court grants this motion for leave and allows Plaintiff's Second Amended Original Complaint to be filed, Defendants Allegiant's motion for partial summary judgment will be moot. Plaintiff's Second Amended Original Complaint is attached hereto as Exhibit "A".

WHEREFORE, Plaintiff prays that the Court grant this motion and him leave to file Plaintiff's Second Amended Original Complaint which is attached hereto as Exhibit "A".

Respectfully submitted,

/s/ Michael J. Cisneros
**Michael J. Cisneros**
Attorney-in-charge
State Bar No.: 00793509
Southern District Bar No.: 19522
**Arturo Cisneros,** Attorney
State Bar No.: 00789224
Southern District Bar No.: 19521
THE CISNEROS LAW FIRM, L.L.P.
312 Lindberg
McAllen, Texas 78501
Telephone:  (956) 682-1883
Facsimile:   (956) 682-0132
Email: email@cisneroslawfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF CONFERENCE

I, Michael J. Cisneros, hereby certify that on this the 12th day of September, 2022, I have conferred with counsel for Defendants regarding the filing of Plaintiff's Second Amended Original Complaint, and their counsel advised me that Defendants are unopposed to Plaintiff filing Plaintiff's Second Amended Original Complaint.

/s/ Michael J. Cisneros
MICHAEL J. CISNEROS

## CERTIFICATE OF SERVICE

I, Michael J. Cisneros, hereby certify that on this 12th day of September, 2022, a true and correct copy of Plaintiff's Unopposed Motion for Leave to File Plaintiff's Second Amended Original Complaint was provided to counsel for Defendants via electronic mail.

/s/ Michael J. Cisneros
MICHAEL J. CISNEROS

3