UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO | § § § § | |
| VS. | § | CIVIL ACTION NO. 7-21-CV-00247 |
| | § § § | |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § | |

PLAINTIFF'S RESPONSE TO DEFENDANTS ALLEGIANT TRAVEL COMPANY'S AND ALLEGIANT AIR LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES Filiberto J. Garza Moreno, Plaintiff herein, who files this, his Response to Defendants Allegiant Travel Company's and Allegiant Air LLC's (Defendants Allegiant) Motion for Partial Summary Judgment, and in support thereof would respectfully show the Honorable Court the following:

1. Plaintiff no longer desires to prosecute his claim and cause of action for gross negligence and exemplary damages against Defendants. Plaintiff has filed an unopposed motion requesting leave from the Court to file Plaintiff's Second Amended Original Complaint. The amended complaint deletes Plaintiff's claim for gross negligence and exemplary damages against Defendants. If the Court grants Plaintiff leave to file his second amended complaint and orders the complaint to be filed, Defendants Allegiant's partial summary judgment will be moot. If the Court decides to rule on Defendants Allegiant's motion for partial

summary judgment, then Plaintiff requests that the Court rule solely on the issue of Plaintiff's claim for gross negligence and exemplary damages, and leave the remainder of Plaintiff's live Complaint intact.

Wherefore, premises considered, Plaintiff prays for the relief he requests herein and for any other relief the Court deems Plaintiff justly entitled to receive.

Respectfully Submitted,

THE CISNEROS LAW FIRM, L.L.P.
312 Lindberg
McAllen, Texas 78501
Telephone No. (956) 682-1883
Fax No. (956) 682-0132
Email: email@cisneroslawfirm.com


_/s/___ *Michael J. Cisneros*___
MICHAEL J. CISNEROS
State Bar No. 00793509
Southern District Bar No.: 19522
ARTURO CISNEROS
State Bar No. 00789224
Southern District Bar No.: 19521
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I, Michael J. Cisneros, hereby certify that on this 12th day of September, 2022, a true and correct copy of Plaintiff's Response to Defendants Allegiant Travel Company's and Allegiant Air LLC's Motion for Partial Summary Judgment was sent to counsel for Defendants via electronic mail.

/s/ *Michael J. Cisneros*
MICHAEL J. CISNEROS