UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO | § § § § |
| VS. | § CIVIL ACTION NO. 7-21-CV-247 § § |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § § |

NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Filiberto J. Garza Moreno (Moreno) and Defendants Allegiant Travel Company and Allegiant Air LLC (Allegiant) file this Notice of Settlement pursuant to Local Rule 16.3 and advise the Court, without any parties admitting liability in this cause, that Moreno and Allegiant have reached a settlement. The settlement resolves all claims and causes of action which were raised or could have been raised between Moreno and Allegiant in the above-referenced cause. Documents to finalize the settlement between Moreno and Allegiant have not been fully executed. Plaintiff and Allegiant are requesting 60 days to finalize the settlement and file dismissal documents with the clerk.

Date: October 3, 2022.

Respectfully submitted by:


/s/ *Michael J. Cisneros*
Michael J. Cisneros, Attorney-in-charge
State Bar No.: 00793509
Southern District Bar No.: 19522
Arturo Cisneros, Attorney
State Bar No.: 00789224
Southern District Bar No.: 19521
THE CISNEROS LAW FIRM L.L.P.
312 Lindberg Avenue
McAllen, Texas 78501
Telephone:  (956) 682-1883
Facsimile:    (956) 682-0132
Email:  email@cisneroslawfirm.com
Attorneys for Plaintiff



/s/ *Don Swaim*
Don Swaim
State Bar No. 19545200
Alex J. Whitman
State Bar No. 24105506
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, TX 75226
Tel:  (214) 646-1495
Fax:  (214) 613-1163
Email: dswaim@cunninghamswaim.com
whitman@cunninghamswaim.com
Attorneys for Defendants
Allegiant Travel Company and
Allegiant Air, LLC