United States District Court
Southern District of Texas
**ENTERED**
October 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. 7:21-cv-00247 |
| ALLEGIANT TRAVEL COMPANY, | § |
| ALLEGIANT AIR, LLC, and AIRPORT | § |
| TERMINAL SERVICES, INC., | § |
| | § |
| Defendants. | § |

## **ORDER**

The Court now considers the "Notice of Settlement"[1] filed by Plaintiff Filberto J. Garza Moreno and Defendants Allegiant Travel Company and Allegiant Air LLC. Plaintiff Moreno and the only other Defendant, Airport Terminal Services Inc. previously filed a notice of settlement on August 22, 2022.[2] Thus, the instant notice of settlement notifies the Court that the parties have resolved all claims and causes of action as to all remaining Defendants in this case. The parties request 60 days to finalize the settlement and file dismissal documents with the Court.[3]

Accordingly, the Court hereby **ORDERS** the parties to file dismissal documents or otherwise inform the Court how they plan to proceed in this action no later than **December 2, 2022**. Additionally, the Court heregby **CANCELS** all deadlines in this case as well as the final pretrial conference currently set for November 14, 2022.[4]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 5th day of October 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 44.
[2] Dkt. No. 36.
[3] Dkt. No. 44 at 1.
[4] Dkt. No. 38.