UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO | § § § § |
| VS. | § CIVIL ACTION NO. 7-21-CV-00247 § § |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § § |

## AGREED MOTION TO EXTEND DEADLINE TO FILE DISMISSAL DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff and Defendant Airport Terminal Services Inc., by and through their attorneys of record in the above-numbered and styled cause, and file this their Agreed Motion to Extend Deadline to File Dismissal Documents, and in support of the motion, state as follows:

1. On August 24, 2022, the Court entered an order, Document 38, setting the deadline for Plaintiff and Defendant Airport Terminal Services Inc. to file dismissal documents no later than October 21, 2022. Said parties need additional time to finalize and fund the settlement of their case. Said parties hereby request the Court extend the deadline to file dismissal documents to December 2, 2022, as ordered in Documents 45 for Plaintiff and Defendants Allegiant Travel Company and Allegiant Air LLC.

WHEREFORE, the Plaintiff and Defendant Airport Terminal Services Inc. pray that the Court grant this motion and extend the deadline to file dismissal documents to December 2, 2022.

Respectfully submitted,

/s/ *Michael J. Cisneros*
**Michael J. Cisneros**
Attorney-in-charge
State Bar No.: 00793509
Southern District Bar No.: 19522
**Arturo Cisneros,** Attorney
State Bar No.: 00789224
Southern District Bar No.: 19521
THE CISNEROS LAW FIRM, L.L.P.
312 Lindberg
McAllen, Texas 78501
Telephone: (956) 682-1883
Facsimile: (956) 682-0132
Email: email@cisneroslawfirm.com
Attorneys for Plaintiff


/s/ *David A. Johnson*
David A. Johnson
State Bar No.: 24032598
COWLES & THOMPSON, P.C.
901 Main Street, Suite 9300
Dallas, TX 75202
Telephone: (214) 672-2000
Facsimile: (214) 672-2020
Email: djohnson@cowlesthompson.com
Attorney for Defendant
Airport Terminal Services Inc.