UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO | § § § § | |
| VS. | § § § § § | CIVIL ACTION NO. 7-21-CV-00247 |
| ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC. | § § § | |

ORDER

On this _____ day of _____, 2022, came to be considered by the Court Plaintiff's and Defendant Airport Terminal Services Inc.'s Agreed Motion to Extend Deadline to File Dismissal Documents. After considering the motion, the Court hereby Grants the motion and orders that the deadline for Plaintiff and Defendant Airport Terminal Services Inc. to file dismissal documents is extended from October 21, 2022 to December 2, 2022.

SIGNED this _____ day of _____, 2022, at McAllen, Texas.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE

3