UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FILIBERTO J. GARZA MORENO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:21-cv-00247 |
| ALLEGIANT TRAVEL COMPANY, § | |
| ALLEGIANT AIR, LLC, and AIRPORT § | |
| TERMINAL SERVICES, INC., § | |
| § | |
| Defendants. § | |

## **ORDER**

The Court now considers the Plaintiff and Defendant Airport Terminal Services, Inc.'s "Agreed Motion to Extend Deadline to File Dismissal Documents."[1] On August 22, 2022 Plaintiff and Defendant Airport Terminal Services, Inc. filed a notice of settlement.[2] In turn, the Court ordered Plaintiff to file dismissal documents as to Defendant Airport Terminal Services, Inc. no later than October 21, 2022.[3] In the interim, Plaintiff and the remaining Defendants notified the Court of their settlement in this matter.[4] Likewise, the Court ordered the parties to file dismissal documents no later than December 2, 2022.[5] Plaintiff and Defendant Airport Terminal Services, Inc. now request the date for those dismissal documents be extended from October 21, 2022 to align with the other Defendants in this matter. The Court finds good cause and **GRANTS** the parties' motion. Accordinlgy, Plaintiff and Defendant Airport Terminal Services, Inc. are hereby

---

[1] Dkt. No. 46.
[2] Dkt. No. 36.
[3] Dkt. No. 38.
[4] Dkt. No. 44.
[5] Dkt. No. 45.

**ORDERED** to file dismissal documents or othwerise inform the Court of how they plan to proceed in this case no later than **December 2, 2022**.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 25th day of October 2022.

                                                            Micaela Alvarez
                                              United States District Judge