UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **FILIBERTO J. GARZA MORENO,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 7:21-cv-00247 |
| **ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC.,** | § § § § § | |
| **Defendants.** | § | |

## JOINT MOTION FOR EXTENSION
## OF DEADLINE TO FILE DISMISSAL DOCUMENTS

Plaintiff Filiberto J. Garza Moreno ("Plaintiff"), Defendants Allegiant Travel Company and Allegiant Air LLC (collectively "Allegiant"), and Defendant Airport Terminal Services Inc. ("ATS") file the following Joint Motion for Extension of Deadline to File Dismissal Documents.

1. On August 22, 2022, Plaintiff and ATS informed the Court that they had settled the claims between them. (Dkt. 36). The Court subsequently ordered those parties to file dismissal documents by October 21, 2022. (Dkt. 38 at 1). That deadline was later extended by the Court at those parties' request to December 2, 2022. (Dkts. 46, 47).

2. On October 3, 2022, Plaintiff and Allegiant informed the Court that they had settled the remaining claims in the case. (Dkt. 44). The Court subsequently ordered that the parties' deadline to file dismissal documents or otherwise inform the Court how they plan to proceed in this action by December 2, 2022. (Dkt. 45).

3. The parties' respective settlement agreements remain in place, and their counsel have agreed on the form of dismissal documents to be filed with the Court as soon as the settlement funds are transferred to Plaintiff.

1

4. Defendants and their representatives are working diligently to facilitate the transmission of the agreed-upon funding of the settlements to Plaintiff. To date, however, due to the need to coordinate with multiple insurers to facilitate transmission of the settlement funds to Plaintiff, the parties require additional time to finalize the transactions necessary to fulfill the settlement agreement.

5. After conferring with Defendants, Plaintiff agreed to consent to a request for additional time to facilitate the transmission of the settlement funds.

6. Accordingly, the parties jointly request that the Court's December 2, 2022 deadline to file dismissal documents be extended by an additional 31 days, to January 2, 2023. The parties anticipate that this will be sufficient time to secure the transmission of the settlement funds to Plaintiff.

7. This extension is sought not for purposes of delay, but so that the settlement of this case can be facilitated with minimal disruption or expenditure of time and resources on the part of the parties, their counsel, and this Court.

8. WHEREFORE, the parties respectfully request that this Joint Motion be granted, and that the deadline to file dismissal documents be extended from December 2, 2022 to January 2, 2023.

Dated: November 30, 2022

                                              Respectfully submitted,

                                              */s/ Michael J. Cisneros*
                                              Michael J. Cisneros
                                              Attorney-in-Charge
                                              State Bar No. 00793509
                                              Southern District Bar No. 19522
                                              Arturo Cisneros
                                              State Bar No. 00789224
                                              Southern District Bar No. 19521
                                              THE CISNEROS LAW FIRM, L.L.P.

312 Lindberg
McAllen, Texas 78501
Tel.: (956) 682-1883
Fax: (956) 682-0132
email@cisneroslawfirm.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Don Swaim*
Don Swaim
Texas Bar No. 19545200
Alex J. Whitman
Texas Bar No. 24105506
**CUNNINGHAM SWAIM, LLP**
4015 Main Street, Suite 200
Dallas, Texas 75226
Phone: 214-646-1495
Facsimile: 214-613-1163
dswaim@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR DEFENDANTS ALLEGIANT TRAVEL COMPANY AND ALLEGIANT AIR, LLC**


*/s/ David A. Johnson*
David A. Johnson
djohnson@cowlesthompson.com
Texas State Bar No. 24032598
**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, Texas 75202
Telephone: 214.672.3000
Fax: 214.672.2020

**ATTORNEYS FOR DEFENDANT AIRPORT TECHNICAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon all counsel of record who are registered and authorized to receive service thereof via the CM/ECF system on November 30, 2022.

*/s/ Don Swaim*
Don Swaim