UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **FILIBERTO J. GARZA MORENO,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 7:21-cv-00247 |
| **ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC.,** | § § § § § | |
| **Defendants.** | § § | |

## ORDER

BEFORE THE COURT is the Joint Motion of Plaintiff Filiberto J. Garza Moreno ("Plaintiff"), Defendants Allegiant Travel Company and Allegiant Air LLC (collectively "Allegiant"), and Defendant Airport Terminal Services Inc. ("ATS") for Extension of Deadline to File Dismissal Documents. Having considered the Joint Motion, the Court finds it to be well-taken, and it is hereby GRANTED. It is ORDERED that the parties' deadline to file dismissal documents is hereby EXTENDED from December 2, 2022 to January 2, 2023.

IT IS SO ORDERED.

DONE at _____, Texas this \_\_\_ day of _____, 20\_\_\_.

_____
Micaela Alvarez
United States District Judge