United States District Court
Southern District of Texas

**ENTERED**

December 01, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FILIBERTO J. GARZA MORENO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 7:21-cv-00247 |
| ALLEGIANT TRAVEL COMPANY, | § | |
| ALLEGIANT AIR, LLC, and AIRPORT | § | |
| TERMINAL SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the parties' "Joint Motion for Extension of Deadline to File Dismissal Documents."[1] On August 22, 2022 Plaintiff and Defendant Airport Terminal Services, Inc. filed a notice of settlement.[2] In turn, the Court ordered Plaintiff to file dismissal documents as to Defendant Airport Terminal Services, Inc. no later than October 21, 2022.[3] In the interim, Plaintiff and the remaining Defendants notified the Court of their settlement in this matter.[4] Likewise, the Court ordered the parties to file dismissal documents no later than December 2, 2022.[5] The parties then filed a motion requesting an extension of the time to file dismissal documents as to Defendant Airport Terminal Services Inc., to align with the deadline for the other

---

[1] Dkt. No. 48.
[2] Dkt. No. 36.
[3] Dkt. No. 38.
[4] Dkt. No. 44.
[5] Dkt. No. 45.

Defendants.[6] The Court granted the request which made the dismissal documents as to all parties due no later than December 2, 2022.[7]

The parties now request an extension of the deadline to file dismissal documents as to all parties.[8] As cause, the parties state that "Defendants and their representatives are working diligently to facilitate the transmission of the agreed-upon funding of the settlements to Plaintiff. To date, however, due to the need to coordinate with multiple insurers to facilitate transmission of the settlement funds to Plaintiff, the parties require additional time to finalize the transactions necessary to fulfill the settlement agreement."[9] Thus, the parties request an additional 31 days to file dismissal documents.

The Court finds good cause and **GRANTS** the parties motion.[10] Accordingly, the parties are hereby **ORDERED** to file dismissal documents no later than **January 2, 2023** or otherwise inform the Court how they plan to proceed in this matter.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of December 2022.

_____
Micaela Alvarez
United States District Judge

---

[6] Dkt. No. 46.
[7] Dkt. No. 47.
[8] Dkt. No. 48.
[9] *Id.* at 2.
[10] Dkt. No. 48.