# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| **FILIBERTO J. GARZA MORENO,** § § | |
| **Plaintiff,** § § | |
| v. § § | Case No. 7:21-cv-00247 |
| **ALLEGIANT TRAVEL COMPANY, ALLEGIANT AIR LLC, AND AIRPORT TERMINAL SERVICES INC.,** § § § § § | |
| **Defendants.** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Filiberto J. Garza Moreno, Defendants Allegiant Travel Company and Allegiant Air LLC, and Defendant Airport Terminal Services Inc. file the following Joint Stipulation of Dismissal With Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Orders of October 5, 2022 and October 25, 2022 (Dkts. 45 & 47).

1. The parties have reached agreements to resolve this matter, and dismiss all claims asserted in this action with prejudice.

2. By way of this Joint Stipulation of Dismissal With Prejudice, Plaintiff hereby dismisses with prejudice all claims asserted in this action against all Defendants.

3. This Joint Stipulation of Dismissal With Prejudice is signed and submitted on behalf of all parties, in accordance with Rule 41(a)(1)(A)(ii).

4. Pursuant to the parties' agreements, all parties have agreed to and shall bear their own costs and attorneys' fees.

Dated: January 3, 2023

                                          Respectfully submitted,

*/s/ Michael J. Cisneros*
Michael J. Cisneros
Attorney-in-Charge
State Bar No. 00793509
Southern District Bar No. 19522
Arturo Cisneros
State Bar No. 00789224
Southern District Bar No. 19521
THE CISNEROS LAW FIRM, L.L.P.
312 Lindberg
McAllen, Texas 78501
Tel.: (956) 682-1883
Fax: (956) 682-0132
email@cisneroslawfirm.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Don Swaim*
Don Swaim
Texas Bar No. 19545200
Alex J. Whitman
Texas Bar No. 24105506
**CUNNINGHAM SWAIM, LLP**
4015 Main Street, Suite 200
Dallas, Texas 75226
Phone: 214-646-1495
Facsimile: 214-613-1163
dswaim@cunninghamswaim.com
awhitman@cunninghamswaim.com
**ATTORNEYS FOR DEFENDANTS ALLEGIANT TRAVEL COMPANY AND ALLEGIANT AIR, LLC**

*/s/ David A. Johnson*
David A. Johnson
djohnson@cowlesthompson.com
Texas State Bar No. 24032598
**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, Texas 75202
Telephone: 214.672.3000
Fax: 214.672.2020
**ATTORNEYS FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that the foregoing document was served upon all counsel of record who are registered and authorized to receive service thereof via the CM/ECF system on January 3, 2022.

          */s/ Don Swaim*
          Don Swaim